STATE of Missouri, Respondent,

v.

Kevin W. EVANS, Appellant.

No. WD 58305.

Missouri Court of Appeals,
Western District.

May 1, 2001.

Jeremiah W. (Jay) Nixon, Attorney General, Stacy L. Anderson, Assistant Attorney General, Jefferson City, MO, for Respondent.

Kent Denzel, Asst. Public Defender, Columbia, MO, for Appellant.

Before ULRICH, P.J., and EDWIN H. SMITH and NEWTON, JJ.

### Order

PER CURIAM.

Kevin W. Evans appeals the judgment of his conviction in the Circuit Court of Johnson County, after a trial before the court, for creation of a controlled substance, § 195.420, RSMo 2000, for which he was sentenced, as a prior and persistent offender, § 195.275 and § 195.291, RSMo 2000, to twelve years imprisonment in the Missouri Department of Corrections. He claims that the evidence was insufficient to convict.

Judgment affirmed. Rule 30.25(b).